MAURICE USLAN and ALICE USLAN, Respondents, v. WILLIAM WORONOFF, Appellant.— Order of the County Court of Westchester County, affirming an order of the City Court of New Rochelle, setting aside and vacating defendant's notice of special appearance and directing defendant to serve and file an answer, unanimously affirmed, with costs. Defendant's time to answer is extended until five days after the entry of the order hereon. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ. [See *post*, p. 1117.]